

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2010 JUL 28  P 3: 39

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Amy A. Eddine | ) |
| _Plaintiff_ | ) |
| v. | )  Civil Action No. 1:10CV840 |
| Dulles Expo, LLC | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dulles Expo, LLC
4368 Chantilly Center
Chantilly, VA 20153

To Registered Agent: Robert Frank Pence
1359 Beverly Road, Suite 200
McLean, VA 22101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Timothy R. Clinton
Tim Clinton Law, PLLC
1455 Pennsylvania Ave, NW
Suite 400
Washington, DC 20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**FERNANDO GALINDO, CLERK**

*CLERK OF COURT*

Date: _____

_Signature of Clerk or Deputy Clerk_