**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

AMY A. EDDINE,

        Plaintiff,

    v.

DULLES EXPO, LLC,

        Defendant.

Civil Action No.  1:10-cv-840 (TSE/TCB)

## UNOPPOSED EMERGENCY MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant Dulles Expo LLC ("Dulles Expo"), by counsel, hereby requests an extension to and including Monday, September 13, 2010, to file its answer and/or responsive pleading for the following reasons:

1.    By previous order of the Court, dated August 23, 2010, Defendant's answer and/or responsive pleading is due today.

2.    Defendant intends to file a motion to dismiss, or in the alternative, partial summary judgment, with an attached affidavit to be signed by an officer of Dulles Expo, who also needs to review both documents before it is filed.

3.    Shortly before noon today, counsel was notified that the affiant suffered a significant injury and is to be admitted for emergency orthopedic surgery this afternoon.  He is therefore is unable to review the brief and affidavit as required.

4.    This is Defendant's second request for an extension of time, but it is solely the result of this emergency medical situation, and is only for two business days.

5.      Counsel for Plaintiff has consented to the extension.

Wherefore, Defendant requests that the Court enter the attached order granting Defendant until Monday, September 13, 2010 to file its answer and/or responsive pleading in this matter.

Dated:  September 9, 2010                           Respectfully submitted,

                                                                         LITTLER MENDELSON, P.C.


                                                                         By:
                                                                         _____/s/_____
                                                                         Thomas J. Flaherty (Va. Bar No. 16567)
                                                                         Kimberly A. Marinoff (Va. Bar No. 48532)
                                                                         Counsel for Dulles Expo, LLC
                                                                         Littler Mendelson, P.C.
                                                                         1650 Tysons Boulevard, Suite 700
                                                                         McLean, Virginia 22102
                                                                         Tel.:  703.442.8425
                                                                         Fax:  703.442.8428
                                                                         tflaherty@littler.com
                                                                         kmarinoff@littler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2010, I electronically filed the foregoing *Unopposed Emergency Motion For Extension of time To Answer or Otherwise Respond* with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Timothy R. Clinton, Esq.
> TIM CLINTON LAW, PLLC
> 1455 Pennsylvania Avenue, NW
> Suite 400
> Washington, DC  20004
> Tel.:  202.621.1828
> Fax:  202.204.6320
> tim@timclintonlaw.com
>
> *Attorney for Plaintiff*

_____/s/_____
Kimberly A. Marinoff (Va. Bar No. 48532)
Counsel for Defendant Dulles Expo, LLC
Littler Mendelson, P.C.
1650 Tysons Boulevard, Suite 700
McLean, Virginia 22102
Tel.:  703.442.8425
Fax:  703.442.8428
kmarinoff@littler.com